UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2018
AUGUST 7, 2018 SESSION



FILED
AUG - 7 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:18-cr-00161
  8 U.S.C. § 1326(a)

DIEGO ALVAREZ-CASTRO

# I N D I C T M E N T

(Reentry of a Removed Alien)

The Grand Jury Charges:

1. On or about September 30, 2011, defendant DIEGO ALVAREZ-CASTRO, an alien, was found at or near Tuscon, Arizona, and was subsequently removed from the United States to Mexico on or about October 4, 2011.

2. On or about October 10, 2011, defendant DIEGO ALVAREZ-CASTRO, an alien, was found at or near Vamori, Arizona, and was subsequently removed from the United States to Mexico on or about October 13, 2011.

3. On or about July 4, 2018, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant DIEGO ALVAREZ-CASTRO, an alien, was subsequently found in the United States after having been

removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

MICHAEL B. STUART
United States Attorney

By: *Erik S Goes*
ERIK S. GOES
Assistant United States Attorney